# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

### Airman First Class TYLER G. SCARBOROUGH
### United States Air Force

### ACM S32180

### 10 July 2014

Sentence adjudged 18 September 2013 by SPCM convened at Peterson Air Force Base, Colorado. Military Judge: Lyndell M. Powell (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 75 days and reduction to E-1.

Appellate Counsel for the Appellant: Captain Michael A. Schrama.

Appellate Counsel for the United States: Colonel Don M. Christensen; Major Daniel J. Breen; and Gerald R. Bruce, Esquire.

Before

ALLRED, HECKER, and TELLER
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are AFFIRMED.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court